UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

v.     Case No: 8:11-mc-99-T-27MAP

PAUL R. ST. JOHN,

    Respondent.
_____/

## ORDER TO COMPLY WITH IRS SUMMONSES

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge (Dkt. 9) recommending that the Petition to Enforce the Internal Revenue Service Summonses (Dkt. 1) be granted. The Report and Recommendation was issued after a hearing attended by Respondent during which he had the opportunity to show cause why he should not be compelled to comply with the summonses. Respondent has not filed any objections to the Report and Recommendation and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 17) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) The Petition to Enforce Internal Revenue Service Summonses which were served on Respondent on April 21, 2011 (Dkt. 1) is **GRANTED**.

3) Respondent is directed to appear before the person designated by the Internal Revenue Service at such time and place as directed in writing by the Internal Revenue Service and comply in

all respects with the summonses served on him on April 21, 2011.

4) Should Respondent fail to comply with this Order, he will be subject to sanctions, including but not limited to a citation for contempt of court for failure to comply with a court order.

5) A copy of this Order shall be mailed to Respondent by the Clerk in accordance with its standard procedures. Further, the Government shall cause a true copy of this Order to be served on Respondent in the manner of serving process in a civil action.

6) Within 20 days, the Internal Revenue Service shall direct Respondent to appear in accordance with this order, specifying the (1) person before whom he is to appear, (2) time, (3) date and (4) location. The Government shall file a copy of the written directive and a return of service on Respondent.

5) The Clerk is directed to administratively close this case. The Court reserves jurisdiction to enforce this Order.

**DONE AND ORDERED** in Tampa, Florida, on this 1st day of December, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record
            Respondent