UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    Petitioner,

vs.                                                  Case No. 8:11-mc-00099-JDW-MAP

**PAUL R. ST. JOHN,**

    **Respondent.**
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 34). As of this date, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed. *See* M.D. Fla. L.R. 6.02.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and adopts his recommendation. Accordingly,

1) The Report and Recommendation (Dkt. 34) is APPROVED and ADOPTED for all

purposes, including for appellate review.

2) Respondent Paul R. St. John is found to be in CIVIL CONTEMPT for refusing to comply with the Court order enforcing the Internal Revenue Service Summonses served on Respondent on April 21, 2011 (Dkt. 11).

3) Respondent Paul R. St. John is ordered to **SHOW CAUSE** as to why he should not be incarcerated as an appropriate sanction for his civil contempt, *In re Lawrence*, 279 F.3d 1294, 1300 (11th Cir. 2002), by appearing in person on **April 30, 2013 at 2:00 P.M.**, at the federal courthouse, Courtroom 13B, in Tampa, Florida. **Failure to appear will result in the issuance of a warrant for Respondent's arrest.**

**DONE AND ORDERED** this 15th day of April, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record